Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 5571 | DATE | August 21, 2001 |
| CASE TITLE | Estrada v. State Chicago Illinois | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's petition to proceed *in forma pauperis* [ ] is denied, and his complaint is dismissed without prejudice. ENTER MEMORANDUM OPINION.

(11) x [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| x | Notices MAILED by judge's staff. | | AUG 2 2 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 8/21/01 | |
| | Copy to _____ | | date mailed notice | |
| KAM | courtroom deputy's initials | 01 AUG 22 PM 5: 17 | KAM | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |
| | | (Reserved for use by the Court) | | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC ESTRADA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01 C 5571 |
| STATE CHICAGO ILLINOIS, | ) | |
| Defendant. | ) | |

DOCKETED AUG 2 2 2001

## MEMORANDUM OPINION

Plaintiff Eric Estrada brings this pro se 42 U.S.C. § 1983 action. Along with his complaint, he has filed an application to proceed in forma pauperis. For the reasons set forth below, plaintiff's petition is denied and the complaint is dismissed.

Under the federal in forma pauperis statute, 28 U.S.C. § 1915, we must dismiss the action if we find that either the allegation of poverty is untrue, or the action is (1) frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks damages from a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2)(A), (B)(i)-(iii). As for the "failure to state a claim" factor, the court will apply the familiar Rule 12(b)(6) criterion that dismissal is in order if "it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations."



- 2 -

Because Estrada is proceeding pro se, we have a special responsibility to construe his complaint liberally. See Donald v. Cook County Sheriff's Dept., 95 F.3d 548, 555 (7th Cir. 1996). Even viewing the complaint under this liberal standard, though, we find that it fails to state a claim upon which relief can be granted. The complaint is virtually unintelligible. It appears to deal with immigration proceedings, but it is extremely difficult to understand what Estrada is attempting to allege. Moreover, it is not clear who the intended defendant is, as the complaint names "State Chicago Illinois." Thus, even though it appears that Estrada might qualify financially to proceed in forma pauperis, his petition must be denied and his complaint dismissed.

It is possible that Mr. Estrada might be able to state a claim, were it expressed in an understandable way. We suggest that he seek assistance from a free legal clinic, such as the Legal Assistance Foundation of Metropolitan Chicago (312-341-1070), which might be able to give him some guidance in this regard.

Plaintiff Eric Estrada's petition to proceed in forma pauperis is denied, and his complaint is dismissed without prejudice.

Date: August 21, 2001

ENTER: _____
John F. Grady, United States District Judge